Commonwealth *v.* Brown, Appellant.

Submitted September 10, 1973. *David E. Auerbach,* Assistant Public Defender, for appellant; *Anna I. Vadino* and *Vram Nedurian, Jr.,* Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Browning, Appellant.

Argued September 14, 1973. *Paul D. Gandola,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine Stotland,* Assistant District Attorney, with her *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Bubb, Appellant.
Commonwealth *v.* Bubb, Appellant.